UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI MCMILLAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY SERVICES COOPERATIVE,<br><br>Defendant. | CASE NO. 2:25-cv-00833-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Barbara J. Rothstein, United States Senior District Judge. All future documents filed in this case must bear the case number ending in "BJR" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 14th day of May, 2025.

Ravi Subramanian<br>
Clerk<br><br>
<i>/s/Ashleigh Drecktrah</i><br>
Deputy Clerk

MINUTE ORDER - 1